UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                         CASE NO: 2:18-cr-93-FtM-UACM

RAMON MARTINEZ-MARTINEZ

_____

**ORDER**

A sentencing hearing has been scheduled for **September 17, 2018 at 10:15 AM**
in Courtroom 5D. The sentencing hearing is scheduled for thirty (30) minutes. If any party
anticipates that more than thirty (30) minutes will be needed for the hearing, the party
shall advise the Courtroom Deputy Clerk within fourteen (14) days of the date of this
order.

**IT IS ORDERED** that motions to depart or vary from the sentencing guidelines
must be made in writing. The motions to depart or vary from the sentencing guidelines
and sentencing memoranda, if any, must be filed not less than seven (7) days prior to the
sentencing date. **Objections to the presentence report are not to be included in the
sentencing memoranda; objections must be submitted to the probation officer and
to opposing counsel as a separate document. *See* Rule 4.12(b), Local Rules of the
Middle District of Florida.**

**IT IS FURTHER ORDERED** that the parties shall inform the Court in writing, not
less than seven (7) days prior to the sentencing date, whether testimony is to be
presented at the hearing. Any party intending to present testimony shall, also not less
than seven (7) days prior to the sentencing date, file a statement containing the names
of the witnesses and the estimated length of such testimony. Except for good cause

shown, the Court will not allow any testimony that is not disclosed in accordance with this Order.

**DONE AND ORDERED** at Fort Myers, Florida, this 17th day of July, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record